

| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | LIZA J. SOHN<br>*Assistant Corporation Counsel*<br>(212) 356-2354<br>Fax: (212) 356-3509<br>lsohn@law.nyc.gov |

May 1, 2015

**BY ELECTRONIC MAIL**
Richard Gross, Esq.
Rubert & Gross
150 Broadway, Suite 1314
New York, NY 10038

Re: Delamota v. City of New York, et al.
14-CV-5888 (NG)(RER)

Mr. Gross:

I represent defendants The City of New York, Queens County District Attorney Richard Brown, and Detective Bruce Koch in the above matter. Please find enclosed:

- Notice of Motion

- Declaration of Liza Sohn in Support of Defendants' Motion to Dismiss the Complaint Pursuant to F.R.C.P. 12(b)(6) with Exhibits A-F

- Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint Pursuant to F.R.C.P. 12(b)(6)

Very truly yours,

__/s_____
Liza Sohn
Assistant Corporation Counsel

cc:

**BY ECF and EMAIL**
Ernestine Mings, Esq.
Rose Weber, Esq.

**BY ECF AND FIRST CLASS MAIL**
Honorable Nina Gershon
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Honorable Ramon E. Reyes
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201