UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

SEBASTIAN DELAMOTA,

                                  Plaintiff,        **NOTICE OF MOTION**

     -against-                      14 CV 5888 (NG)(RER)

THE CITY OF NEW YORK, DET. BRUCE KOCH,
RICHARD A. BROWN AND ADA JOHN SCOTTI,

                                Defendants.
------------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law dated May 1, 2015, the Declaration of Assistant Corporation Counsel Liza Sohn, and the exhibits annexed thereto; and upon all prior pleadings and proceedings herein, defendants The City of New York, Richard Brown and Bruce Koch will move this Court, before the Honorable Nina Gershon, at the United States Courthouse for the Eastern District of New York located at 225 Cadman Plaza East, Brooklyn, New York, at a date and time to be determined by the Court, for dismissal of the Complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, together with such other relief as this Court deems just and proper, on the grounds that plaintiff has failed to state a claim upon which relief may be granted.

        **PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's Order, dated April 22, 2015, opposition papers, if any, are due on or before May 30, 2015.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's Order, reply papers, if any, are due on or before June 13, 2015, and the motion shall be fully briefed at that time.

Dated: New York, New York
May 1, 2015

        ZACHARY W. CARTER
        Corporation Counsel of the
          City of New York
        *Attorney for Defendants City of New York, Richard Brown, and Bruce Koch*
        100 Church Street, Room 3-147
        New York, New York 10007
        (212) 356-2354

By: /s/ Liza Sohn
        Liza Sohn
        Barry Myrvold

To: <u>BY EMAIL AND FIRST CLASS MAIL</u>
**Rose Weber, Esq.**
225 Broadway, Suite 1607
New York, New York 10007

**Richard Gross, Esq.**
**Ernestine Mings, Esq.**
Rubert & Gross
150 Broadway
Suite 1314
New York, NY 10038