

THE CITY OF NEW YORK
# LAW DEPARTMENT

**ZACHARY W. CARTER**
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

**LIZA J. SOHN**
*Assistant Corporation Counsel*
(212) 356-2354
Fax: (212) 356-3509
lsohn@law.nyc.gov

August 4, 2015

**BY ECF**
Honorable Nina Gershon
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room N208
Brooklyn, NY 11201

Re: Sebastian Delamota v. City of New York,
14-CV-5888 (NG)(RER)

Your Honor:

    I am an Assistant Corporation Counsel in the Special Federal Litigation Division, and I represent the City of New York in the above matter. I am writing to inform the Court that the defendant Paul Scotti was recently served in this case and that I have filed a notice of appearance on his behalf. I am writing to respectfully request that Paul Scotti be permitted to join the pending motion to dismiss. The motion papers were drafted in anticipation that he would be served while this motion was pending. Plaintiff's counsel, Richard Gross, Esq., consents to this request.

    I thank the Court for its consideration of this request.

Respectfully submitted,

_____/s/_____

Liza Sohn
Assistant Corporation Counsel

cc: **BY ECF**
Richard Gross, Esq.
Ernestine Mings, Esq.
Rose M. Weber, Esq.
*Attorneys for plaintiff*