UNITED STATES DISTRICT COURT OF
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SEBASITAN DELAMOTA,

                                 Plaintiff,                    14-CV-5888 (NG)(RER)
                -against-

                                                    **NOTICE OF**
THE CITY OF NEW YORK, DETECTIVE         **APPEAL**
BRUCE KOCH, RICHARD A. BROWN and ADA
PAUL SCOTTI,

                               Defendants.
-----------------------------------------------------------------X

       Notice is hereby given that Plaintiff in the above-referenced case, hereby appeals to the

United States Court of Appeals for the Second Circuit from an Order of the Honorable Nina

Gershon, entered on May 24, 2016, which granted Defendants' motion, pursuant to Rule

12(b)(6) of the Federal Rules of Civil Procedure, to dismiss Plaintiff's complaint in its entirety

This appeal is taken from each and every part of said order, as well as from the whole thereof.


                                           **RUBERT & GROSS, P.C.**
                                           Attorneys for Plaintiff
                                           150 Broadway, Suite 712
                                           New York, New York 10038
                                           (212) 608-3103


                                       _____S/_____
                                           RICHARD GROSS


TO:    OFFICE OF THE CLERK
        United States District Court
        For the Eastern District of New York
        United States Courthouse
        225 Cadman Plaza E.
        Brooklyn, New York 11201