UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SEBASTIAN DELAMOTA,

                Plaintiff,

- v. -

THE CITY OF NEW YORK, DET. BRUCE KOCH
RICHARD A. BROWN, ADA PAUL SCOTTI,

                Defendants.
-----------------------------------------------------------------x
GERSHON, United States District Judge:

ORDER

14-cv-5888 (NG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 3 0 2016 ★
BROOKLYN OFFICE

On May 24, 2016, plaintiff's complaint was dismissed in its entirety and plaintiff was advised that if he chose to move the court for leave to amend his complaint, he had thirty days to so move. Plaintiff has not moved the court for leave to amend his complaint. The Clerk of Court is directed to close this case.

                                                                 SO ORDERED,

                                                     /s/ Nina Gershon
                                                     **NINA GERSHON**
                                                     **United States District Judge**

Dated:  June 27, 2016
           Brooklyn, New York