UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
SEBASTIAN  DELAMOTA,                                  JUDGMENT
                                                                      14-CV- 5888 (NG)

                        Plaintiff,

     -against-

THE CITY OF NEW YORK, DET. BRUCE
KOCH, RICHARD A. BROWN, ADA "JOHN"
SCOTTY,

                        Defendants.
----------------------------------------------------------X

        An Order of Honorable Nina Gershon, United States District Judge, having been filed on July 1, 2016, directing that on May 24, 2016, Plaintiff's complaint was dismissed in its entirety and Plaintiff was advised that if he chose to move the Court for leave to amend his complaint, he had thirty days to so move; Plaintiff has not moved the Court for leave to amend his complaint; and directing the Clerk of Court to close this case; it is

        ORDERED and ADJUDGED that judgment is hereby entered dismissing the case; and that the case is closed.

Dated: Brooklyn, New York                                    Douglas C. Palmer
        July 01, 2016                                                  Clerk of Court

                                                          by:      */s/ Janet Hamilton*
                                                                          Deputy Clerk